IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRANDY D. CHEEKS                                                                    PLAINTIFF

v.                          CIVIL NO. 12-2188

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

**O R D E R**

On October 22, 2012, Defendant filed a transcript in the above action. Based upon the large number of Social Security Disability filings, and in order to expedite a ruling on this matter, the Court directs Defendant to file a supplement to Defendant's appeal brief reporting the transcript page numbers of any duplicative medical records. Should Plaintiff disagree with Defendant's report of duplicative medical records, Plaintiff's should set forth the reason for disagreeing with Defendant in Plaintiff's appeal brief.

IT IS SO ORDERED this 22nd day of October, 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)